LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES ROBERT LUJAN, <br><br> Defendant. | CRIMINAL CASE NO. 05-00076 <br><br> **O R D E R** <br> **Re: March 9, 2006** <br> **Stipulated Motion to Vacate Status** <br> **Hearing; Unseal Record and Set** <br> **Sentencing Date** |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for March 6, 2006, is hereby vacated, the record unsealed, and sentencing is hereby set for July 18 2006, at 10:00 a.m. The presentence report shall be provided to the parties by May 17, 2006. The parties shall file their responses to the presentence report no later than May 31, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 14, 2006.

March 10, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam