jameslujanpsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ROBERT LUJAN,<br><br>Defendant. | CRIMINAL CASE NO. 05-00076<br><br>GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT, AND MOTION FOR A ONE-LEVEL DEPARTURE |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate

//
//
//
//
//
ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT
Case 1:05-cr-00076   Document 20   Filed 05/25/2006   Page 1 of 2

its resources efficiently. Accordingly, defendant's total offense level will be 33, with a sentencing range of 135-168 months. The government anticipates filing a substantial assistance motion at a later time.

RESPECTFULLY SUBMITTED this 23rd day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney