

FILED
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JAMES ROBERT LUJAN<br>Defendant. | ) ) ) ) ) ) ) ) ) | CRIMINAL CASE NO. 05-00076-001 |

**Re:** **Violation Report; Request for Modification.**

On October 24, 2005, James Robert Lujan made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. He pled guilty to an Information charging him with Count I: Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C.§ 2, and Count II: Forfeiture Allegation, in violation of 21 U.S.C. §853. Mr. Lujan was granted pretrial release with conditions. His sentencing hearing is scheduled for July 18, 2006 at 10:00 a.m. He is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from the unlawful use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On May 10, 2006, James R. Lujan tested presumptively positive for the use of methamphetamine. He admitted in writing to using "ice" on May 8, 2006.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** This Officer respectfully requests that the defendant's conditions be modified to include the following condition:

Violation Report; Request for Modification
Re: LUJAN, James Robert
USDC Cr. Cs. No. 05-00076-001
June 7, 2006
Page 2

That the defendant shall undergo a substance abuse assessment and if treatment is deemed necessary, shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency. It is further recommended that the defendant make a co-payment for treatment at a rate to be determined by the U.S. Probation Office.

The defendant and his attorney have agreed to the modification of release conditions, and have signed the Consent to Modify Conditions of Release (Pretrial Services Form 42).

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
    Curtis Van De Veld, Defense Counsel
    File