PS 42
(Rev. 07/93)

**United States District Court**
District of Guam

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| James Robert Lujan | ) | Case No: 05-00076-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __James Robert Lujan__, have discussed with __Grace D. Flores__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

That the defendant shall undergo a substance abuse assessment and if treatment is deemed necessary, shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency. It is further recommended that the defendant make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/May/06    _____  May 11, 2006
James Robert Lujan              Grace D. Flores
Signature of Defendant    Date   Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       24 May 06
Curtis Van De Veld
Signature of Defense Counsel             Date

[✓] The above modification of conditions of release is ordered, to be effective on  6-14-2006

[ ] The above modification of conditions of release is *not* ordered.

_____       6-14-2006
JOHN A. HOUSTON, Designated Judge
U.S. District Court of Guam               Date

RECEIVED
JUN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**