# ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JUN 19 2006

MARY L.M. MORAN
CLERK OF COURT

1  jameslujan2psr

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

8

9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,                )      CRIMINAL CASE NO. __05-00076__
                                             )
12                  Plaintiff,               )
                                             )      **GOVERNMENT'S CORRECTION**
13          vs.                              )      **TO POSITION CONCERNING**
                                             )      **PRESENTENCE REPORT**
14  JAMES ROBERT LUJAN,                      )
                                             )
15                  Defendant.               )
                                             )

16
        The government initially filed a response to the presentence report, moving that defendant
17
   receive the additional one-level downward departure, as provided by USSG § 3D1.1(b). The
18
   government then mistakenly stated that defendant's total offense level would be 33. In fact,
19
   defendant's total offense level should be 35, with a range of incarceration of 235-293 months.
20
   Defendant has not provided substantial assistance to the government. Accordingly, there will be
21
   no motion pursuant to 18 U.S.C. § 3553(e) or USSG 5K1.1.
22
        Respectfully submitted this __16th__ day of June, 2006.
23
                                             LEONARDO M. RAPADAS
24                                           United States Attorney
                                             Districts of Guam and NMI
25

26                              By:  _____
                                     KARON V. JOHNSON
27                                   Assistant U.S. Attorney

28