jameslujanstp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 2 3 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00076 |
| Plaintiff, | |
| vs. | STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE |
| JAMES ROBERT LUJAN, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Curtis Van de Veld, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for July 18, 2006, at 9:00 a.m. The parties request the sentencing date be continued because both the government attorney and the defense attorney will be off-island at that time. The parties are requesting a sentencing date after August 18, 2006.

DATED: 23 June 06

_____
CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 6/23/06     By: _____
KARON V. JOHNSON
Assistant U.S. Attorney