1  LEONARDO M. RAPADAS
2  United States Attorney
   KARON V. JOHNSON
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:  (671) 472-7332
6  Telecopier:  (671) 472-7334
7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUN 2 6 2006

MARY L.M. MORAN
CLERK OF COURT

8
9          IN THE UNITED STATES DISTRICT COURT
10            FOR THE TERRITORY OF GUAM
11
12  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO.  05-00076
                                       )
13                  Plaintiff,         )    ORDER TO CONTINUE SENTENCING
                                       )    DATE
14            vs.                      )
                                       )
15                                     )
    JAMES ROBERT LUJAN,                )
16                                     )
                                       )
17                  Defendant.         )
    _____)
18

19          IT IS HEREBY ORDERED that the sentencing date of James Robert Lujan is hereby

20  continued until the 19th day of September, 2006, at 10:00 a.m. before the Honorable Morrison C.

21  England.
22
23
24
25  ____6/26/06____                         [signature]
26         DATE                         JOAQUIN V.E. MANIBUSAN, JR.
                                        U. S. Magistrate Judge
27                                      District Court of Guam
28