**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-05-00076     DATE: September 19, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present         Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:05:13 - 10:10:16
CSO: B. Benavente / P. Taijeron     (Side Bar 10:02:10 - 10:05:12)

**APPEARANCES:**
Defendant: James Robert Lujan         Attorney: Curtis Van de Veld
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson           U.S. Agent:
U.S. Probation: Stephen Guilliot       U.S. Marshal: None Present
Interpreter:                           Language:

**PROCEEDINGS: Sentencing**
- Defense counsel's oral motion to continue sentencing <u>granted</u>.
- Government's oral motion to place defendant in custody <u>granted</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Sentencing continued to September 27, 2006, at 9:00 a.m.

NOTES: