# UNITED STATES DISTRICT COURT

District of _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
SEP 20 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DETENTION |
| V. | PENDING SENTENCING |
| JAMES ROBERT LUJAN | |
| Defendant | Case Number: CR-05-00076 |

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

**X** on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

☐ on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or **X** poses a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including __September 27, 2006__.

Date  **SEPTEMBER 19, 2006**

MORRISON C. ENGLAND, JR., DESIGNATED JUDGE

**ORIGINAL**