# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-05-00076                    DATE: September 27, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present                          Court Reporter: Cecille Flores
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 9:41:45 - 10:32:52
CSO: B. Benavente

**APPEARANCES:**

Defendant: James Robert Lujan                Attorney: Curtis Van de Veld

☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.          ☑ Present  ☑ Retained  ☐ FPD  ☐ CJA

U.S. Attorney: Karon Johnson                      U.S. Agent:
U.S. Probation: Stephen Guilliot                   U.S. Marshal: G. Perez
Interpreter:                                                    Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Attorney for defendant addressed the Court and made its recommendation.
- Defendant addressed the Court and apologized.
- Government addressed the Court and made its recommendation.
- Letter(s) of recommendation received by the Court.
- Motion for downward departure granted.
- Government's oral motion to include the forfeiture amount of $89,597.00 in the judgment granted.
- Defendant committed to the Bureau of Prisons for a term of 188 months.
- Court recommendation to the Bureau of Prisons at Fort Nellis, Nevada or in the alternative California.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 5 years, with conditions (refer to Judgment for conditions of supervised release).
- Defense counsel's oral motion for the 500 hour intensive drug treatment program granted.
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: